

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

March 29, 2021

**By ECF**

Hon. Gregory B. Daniels
United States District Court Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SO ORDERED

The initial conference is adjourned from
March 31, 2021 to July 7, 2021 at 9:30 a.m.

George B. Daniels

HON. GEORGE B. DANIELS

MAR 2 9 2021

*Re: SEC v. Borges, 20-civ.-10051 (S.D.N.Y.) (GBD)*

Dear Judge Daniels:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to request that the Initial Conference scheduled for March 31, 2021 be adjourned for 90 days.

As the Commission previously notified the Court by letter dated February 1, 2021 (Docket No. 62), the Commission is attempting to effectuate service on defendants Raquel Moura Borges ("Borges") and Global Access Investment Advisor, LLC ("Global Access") in Brazil pursuant to the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").[1] The Commission has submitted requests to the Brazilian government for service of process on defendants pursuant to the Hague Service Convention, but has not yet received confirmation or proof of service.

Respectfully submitted,

/s/ Christopher J. Dunnigan

Christopher J. Dunnigan
Senior Trial Counsel

---

[1] As outlined in the Commission's February 1 letter, the Commission located six possible addresses for Borges and Global Access in Brazil. Additionally, the Commission has effectuated service on Global Access via the New York Secretary of State (Docket No. 63).