

**NEW YORK
REGIONAL OFFICE**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

July 6, 2021

**By ECF**

Hon. Gregory B. Daniels
United States District Court Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

JUL 14 2021

**SO ORDERED**

The initial conference is adjourned from July 7, 2021 until October 13, 2021 at 9:30 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

*Re: SEC v. Borges, 20-civ.-10051 (S.D.N.Y.) (GBD)*

Dear Judge Daniels:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to request that the Initial Conference scheduled for July 7, 2021 be adjourned for 90 days.

As the Commission previously notified the Court by letters dated February 1, 2021 and March 29, 2021 (Docket Nos. 62 & 64), the Commission is attempting to effectuate service on defendants Raquel Moura Borges ("Borges") and Global Access Investment Advisor, LLC ("Global Access") in Brazil pursuant to the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").[1] On May 3, 2021, the Commission submitted further requests to the Brazilian government for service of process on defendants pursuant to the Hague Service Convention, but has not yet received confirmation of proof of service.

Respectfully submitted,

/s/ Christopher J. Dunnigan

Christopher J. Dunnigan
Senior Trial Counsel

---

[1] As outlined in the Commission's February 1 letter, the Commission located six possible addresses for Borges and Global Access in the Commission has effectuated service on Global Access via the New York Secretary of State (Docket No. 63).