**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

       -against-

RAQUEL MOURA BORGES and GLOBAL
ACCESS INVESTMEN ADVISOR, LLC.

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 10051 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The conference scheduled for January 19, 2022 is adjourned to May 20, 2022 at 9:45 a.m.

      Plaintiff's request for leave to file a motion for default judgment on or before May 15, 2022, (ECF No. 74), is GRANTED.

Dated: January 18, 2022
       New York, New York

SO ORDERED.

*Signature: George B. Daniels*

GEORGE B. DANIELS
United States District Judge