UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff,         :        ORDER
:
        -against-                 :        20-cv-10051 (GBD)
:
RAQUEL MOURA BORGES and GLOBAL  :
ACCESS INVESTMENT ADVISOR, LLC,    :
:
                Defendants.    :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      The May 20, 2022 status conference is rescheduled to May 18, 2022 at 10:00 a.m.


Dated: New York, New York              SO ORDERED:
       April 13, 2022

                                             */s/ George B. Daniels*
                                             GEORGE B. DANIELS
                                             United States District Judge