UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                    Plaintiff, :          ORDER
:
            -against- :          20-cv-10051 (GBD)
:
RAQUEL MOURA BORGES and GLOBAL :
ACCESS INVESTMENT ADVISOR, LLC, :
:
                Defendants. :
------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       The Government's request to continue the stay in this action, to which Defendants consent and Plaintiff takes no position, is GRANTED. The Government shall submit a further status report by March 4, 2024.

Dated: New York, New York

       JAN 0 2 2024

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge