U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: SEP 3 0 2025

Re:    *SEC v. Raquel Moura Borges and Global Access Investment Advisor LLC,*
       20 Civ. 10051 (GBD)

Dear Judge Daniels:

On or about August 24, 2022, the Government moved to intervene in this action and stay all proceedings in light of the parallel criminal case, *United States v. Borges,* 21 Cr. 172 (LJL) (the "Criminal Case"). Defendants Borges and Global Access Investment Advisor LLC ("Global Access") did not oppose the Government's application. The plaintiff, the Securities and Exchange Commission ("SEC"), took no position on the application. On or about August 30, 2022, United States Magistrate Judge Ona T. Wang granted the Government's motion to intervene and stayed the matter in its entirety. *See* ECF Doc. 87. The Government now writes, pursuant to Judge Wang's August 30, 2022 order, to provide the Court with a report on the status of the Criminal Case.

The Criminal Case remains ongoing. On or about September 10, 2024, Ms. Borges pleaded guilty to Count 3 of the Indictment pursuant to a plea agreement. Ms. Borges's sentencing before Judge Liman was recently adjourned to November 14, 2025.

A continued stay of this civil case is appropriate. A continued stay will allow the parties in the Criminal Case to prepare for sentencing, which may have preclusive effect on some issues raised by this action, while avoiding the necessity for the parties in this matter and the Court to engage in time-consuming motion and discovery practice that may prove unnecessary. The SEC has informed the Government that it maintains its position on a stay. Borges consents to the stay.

Case 1:20-cv-10051-GBD-OTW    Document 110    Filed 09/30/25    Page 2 of 2

Page 2

       The Government proposes that will submit a further status report on or before January 31, 2026.

                   Respectfully submitted,

                   JAY CLAYTON
                   United States Attorney

By:   /s/_____
                   Matthew R. Shahabian
                   Assistant United States Attorney
                   (212) 637-1046

cc: All Counsel (by ECF)