**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,

                  -against-

RAQUEL MOURA BORGES and
GLOBAL ACCESS INVESTMENT ADVISOR, LLC,

                          Defendants.

-------------------------------------------------------------x

20-CV-10051 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that it has been over two weeks since January 31, 2026, deadline for the Government to submit a status letter and they have not done so.

Accordingly, the parties are directed to file a joint status letter before 5 P.M. Eastern Time on February 20, 2026.

**SO ORDERED.**

_/s/ Ona T. Wang_

Dated: February 18, 2026            **Ona T. Wang**
      New York, New York       United States Magistrate Judge