**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,     :

                   Plaintiff,     :       20-CV-10051 (GBD) (OTW)

              -against-     :       **ORDER**

RAQUEL MOURA BORGES and     :
GLOBAL ACCESS INVESTMENT ADVISOR, LLC,     :

               Defendants.     :

-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       It has come to the Court's attention that Defendant Borges is now incarcerated, and her counsel in this case has withdrawn. (ECF 114). Accordingly, the preliminary settlement conference call scheduled for May 28, 2026, is **ADJOURNED** *sine die*.

       The Court also notes that the SEC has not filed any proof of service for their motion to unstay the case at ECF 114. (*See* Docket). Accordingly, the SEC is **ORDERED** to serve Ms. Borges with the Docket report in this action, this Order, and their application to unstay the case, (ECF 114) on Defendant Borges and file such proof of service by **May 28, 2026**.

       If Defendant Borges opposes the motion to unstay the case (*i.e.*, wishes the case to remain stayed), she is directed to file her opposition by **July 2, 2026**.

       **SO ORDERED.**

 

                                   */s/ Ona T. Wang*

Dated: May 21, 2026                         **Ona T. Wang**
       New York, New York              United States Magistrate Judge