**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

RAQUEL MOURA BORGES and
GLOBAL ACCESS INVESTMENT ADVISOR, LLC,

Defendants.

----------------------------------------------------------x

20-CV-10051 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 122 and 124. The case is **UNSTAYED**.

Parties are directed to meet and confer to propose a briefing schedule by **August 28, 2026**, on Plaintiff's anticipated motion for summary judgment.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 10, 2026
New York, New York