**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

RAQUEL MOURA BORGES and
GLOBAL ACCESS INVESTMENT ADVISOR, LLC,

Defendants.

----------------------------------------------------------x

20-CV-10051 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendant Borges's letter at ECF 131. The Court directs a new briefing schedule as follows:

- Plaintiff's motion for summary judgment due by **November 16, 2026**
- Defendant's opposition is due by **January 15, 2027**
- Plaintiff's reply, if any, is due by **January 22, 2027**

Plaintiff is directed to serve a copy of this Order on Defendant Borges then file such proof of service by **October 12, 2026**.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 7, 2026
New York, New York